UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Patricia Elaine Morrison
    Plaintiff(s),

Case No. 2:17-cv-10454

v.

Judge Mark A. Goldsmith

Magistrate Judge

Life Insurance Company of North America
    Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Life Insurance Company of North America

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [x]    No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Connecticut General Corporation
   Relationship with Named Party: See 1 in Addendum

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]    No [x]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: April 14, 2017         Signature: /s/ Kevin M. Blair

                                                      Bar No: P76927
Firm Name (if applicable): Honigman Miller Schwartz and Cohn LLP
                                Address 1: 222 N. Washington Square, Suite 400
                                Address 2:
             City, State  Zip Code: Lansing, MI 48933
                          Telephone No: (517) 377-0716
                Primary Email Address: kblair@honigman.com

**Addendum**

1. Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings, Inc., which is a wholly owned subsidiary of CIGNA Corporation. Shares of CIGNA Corporation are publicly traded.