UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

PATRICIA ELAINE MORRISON,

       Plaintiff,                      Docket No. 2:17-cv-10454

v                                       HON. MARK A. GOLDSMITH

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

       Defendant.

| Ilana S. Wilenkin (P61710) | Kevin M. Blair (P76927) |
|---|---|
| Feldheim & Wilenkin, P.C. | Honigman Miller Schwartz and Cohn LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 30300 Northwestern Hwy., Suite 108 | 222 North Washington Square, Suite 400 |
| Farmington Hills, MI  48334-3255 | Lansing, MI  48933-1800 |
| (248) 932-3505 | (517) 377-0716 |
| ilana@lawsmf.com | kblair@honigman.com |

### STIPULATION AND ORDER TO DISMISS
### WITH PREJUDICE AND WITHOUT COSTS

       The parties hereto, through their respective counsel, hereby stipulate and agree that this matter be dismissed with prejudice and without costs.

       SO ORDERED.

Dated:  May 9, 2017                              s/Mark A. Goldsmith
       Detroit, Michigan                        MARK A. GOLDSMITH
                                                    United States District Judge

24616813.1

Respectfully submitted

/s/ Ilana S. Wilenkin (w/permission)  /s/ Kevin M. Blair
Ilana S. Wilenkin (P61710)            Kevin M. Blair (P76927)
*Attorney for Plaintiff*              *Attorney for Defendant*
Dated:  May 8, 2017                   Dated: May 8, 2017

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 9, 2017.

s/Karri Sandusky
Case Manager

24616813.1